IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON LANG BELCHER, | ) |
| | ) |
| Plaintiff, | ) No. 3:14-cv-01815 |
| | ) Judge Haynes |
| v. | ) |
| | ) |
| REED ELSEVIER INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Pursuant to 28 U.S.C. § 636(b)(1) (A) and (B) and Rule 72(a) and (b) of the Federal Rules of Civil Procedure, this action is referred to the Magistrate Judge to hear and determine any pretrial issues, motions, including discovery matters, to conduct any necessary conferences and hearings and to submit a report and recommendation for disposition of any motion filed under Fed. R. Civ. P. 12, 15, 56 and 65.

The Initial Case Management Conference currently set for Wednesday, December 10, 2014 at 2:00 p.m. is cancelled, to be reset by the Magistrate Judge.

It is so **ORDERED**.

ENTERED this the 30st day of October, 2014.

William J. Haynes, Jr.
United States District Judge