UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JASON LANG BELCHER,               )
                                  )
        Plaintiff,                )
                                  )   No. 3:14-1815
        v.                        )   Judge Haynes/Bryant
                                  )
REED ELSEVIER, INC., *et al.,*    )
                                  )
        Defendants.               )

## O R D E R

This matter has been referred to the undersigned Magistrate Judge for management

of the case (Docket Entry No. 23).

An initial case management conference is set for **Monday, December 8, 2014, at**

**10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The

parties shall file a proposed case management order three (3) business days prior to the

conference.

It is so **ORDERED.**

                                   _____
                                   JOHN S. BRYANT
                                   United States Magistrate Judge