IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| JASON LANG BELCHER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 3:14-1815 |
| | ) | Judge Haynes/Bryant |
| REED ELSEVIER, INC.; THE REED | ) | |
| ELSEVIER INC. WELFARE BENEFIT PLAN | ) | |
| A/K/A THE REED ELSEVIER CHOICE PLUS | ) | |
| PLAN; THE EMPLOYEE BENEFITS | ) | |
| COMMITTEE OF REED ELSEVIER, INC., | ) | |
| and UNITED HEALTHCARE SERVICE, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE**

_____

The parties, by and through counsel, represent to the Court that they have reached a tentative settlement, and need only to work out an appropriate settlement agreement. Accordingly, they respectfully request that the case management conference currently scheduled for Monday, December 8, 2014, and all current deadlines for responsive pleadings, be continued indefinitely. If the parties cannot finalize a settlement agreement and file a Notice of Dismissal by Monday, December 15, they will alert the Court so that the case management conference and deadlines for responsive pleadings can be rescheduled.

Respectfully submitted,

**LASSITER, TIDWELL & DAVIS, PLLC**

By: /s/ John O. Belcher
John O. Belcher (BPR #018335)
William H. Lassiter, Jr., (BPR #002258)
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219-2408
(615) 259-9344 (office)
(615) 242-4214 (facsimile)
jbelcher@lassiterlaw.com
blassiter@lassiterlaw.com
*Counsel for the Plaintiff*

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

By: /s/Keith D. Frazier
Keith D. Frazier (BPR #012413)
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
(615) 254-1900 (telephone)
(615) 254-1908 (facsimile)

**PROSKAUER ROSE LLP**

By: /s/ Russell L. Hirschhorn
Russell L. Hirschhorn (admitted *pro hac vice)*
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
(212) 969-3286 (office)
(212) 969-2900 (facsimile)
rhirschhorn@proskauer.com
*Counsel for Defendants Reed Elsevier, Inc., the
Reed Elsevier Inc. Welfare Benefit Plan A/K/A the
Reed Elsevier Choice Plus Plan, and the Employee
Benefits Committee of Reed Elsevier, Inc.*

UnitedHealthcare

By: /s/ Christopher J. Coxon
Christopher J. Coxon
UnitedHealthcare
185 Asylum St. CT039-20A
Hartford, CT 06103
(860) 702-5874 (office)
(860) 966-3348 (facsimile)
*Counsel for United Healthcare Service LLC*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been sent via the Court's CM/ECF system to the following on this, the 3rd day of December, 2014:

Russell L. Hirschhorn, Esq.
PROSKAUER ROSE LLP
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
*Counsel for the Defendants Reed Elsevier, Inc., the Reed Elsevier Inc. Welfare Benefit Plan A/K/A the Reed Elsevier Choice Plus Plan, and the Employee Benefits Committee of Reed Elsevier, Inc.*

Keith D. Frazier, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446

Christopher J. Coxon
UnitedHealthcare
185 Asylum St. CT039-20A
Hartford, CT 06103
*Counsel for United Healthcare Service LLC*

s/ John O. Belcher
John O. Belcher, Esq.