IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

JASON LANG BELCHER, )
 )
    Plaintiff, )
 )
v. ) Case Number: 3:14-1815
 ) Judge Haynes/Bryant
REED ELSEVIER, INC.; THE REED )
ELSEVIER INC. WELFARE BENEFIT PLAN )
A/K/A THE REED ELSEVIER CHOICE PLUS )
PLAN; THE EMPLOYEE BENEFITS )
COMMITTEE OF REED ELSEVIER, INC., )
and UNITED HEALTHCARE SERVICE, LLC, )
 )
    Defendants. )

ORDER:

Motion granted. Initial case management conference is rescheduled to January 13, 2015, at 10:00 A.M.

John Bryant
USMJ

---

## JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

---

The parties, by and through counsel, represent to the Court that they have reached a tentative settlement, and need only to work out an appropriate settlement agreement. Accordingly, they respectfully request that the case management conference currently scheduled for Monday, December 8, 2014, and all current deadlines for responsive pleadings, be continued indefinitely. If the parties cannot finalize a settlement agreement and file a Notice of Dismissal by Monday, December 15, they will alert the Court so that the case management conference and deadlines for responsive pleadings can be rescheduled.