# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| JASON LANG BELCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 3:14-1815 |
| ) | Judge Haynes/Bryant |
| REED ELSEVIER, INC.; THE REED ) | |
| ELSEVIER INC. WELFARE BENEFIT PLAN ) | |
| A/K/A THE REED ELSEVIER CHOICE PLUS ) | |
| PLAN; THE EMPLOYEE BENEFITS ) | |
| COMMITTEE OF REED ELSEVIER, INC., ) | |
| and UNITED HEALTHCARE SERVICE, LLC, ) | |
| ) | |
| Defendants. ) | |

_____

## JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

_____

The parties, by and through counsel, represent to the Court that they have reached an agreement to settle the case, but need additional time to obtain all necessary signatures, to make any remaining revisions to the settlement documents, and to otherwise complete the terms of the settlement. This process has taken longer than originally thought, but the parties have been working in good faith to complete the settlement. Accordingly, the parties respectfully request that the case management conference currently scheduled for Tuesday, January 13, 2015, and all current deadlines for responsive pleadings, be continued indefinitely or to a date at least thirty (30) days in the future. The parties will file an appropriate document dismissing the case upon completion of the settlement.

Respectfully submitted,

**LASSITER, TIDWELL & DAVIS, PLLC**

By: /s/ John O. Belcher
John O. Belcher (BPR #018335)
William H. Lassiter, Jr., (TN Bar No. #002258)
150 Fourth Avenue North, Suite 1850
Nashville, TN 37219-2408
(615) 259-9344 (office)
(615) 242-4214 (facsimile)
jbelcher@lassiterlaw.com
blassiter@lassiterlaw.com
*Counsel for the Plaintiff*

**PROSKAUER ROSE LLP**

By: /s/ Russell L. Hirschhorn (by John O. Belcher with permission)
Russell L. Hirschhorn
Eleven Times Square
Eighth Avenue & 41st Street
New York, NY 10036-8299
*Counsel for the Reed Elsevier Defendants*

**UNITED HEALTHCARE**

By: /s/ Christopher J. Coxon (by John O. Belcher with permission)
Christopher J. Coxon
United Healthcare
185 Asylum St. CT039-20A
Hartford, CT 06106
*Counsel for United HealthCare, LLC*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: /s/ Keith D. Frazier (by John O. Belcher with permission)
Keith D. Frazier
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219-2446
*Local Counsel for Reed Elsevier Defendants*