ORDER:
Motion granted. The initial case management conference is rescheduled to February 23, 2015, at 11:00 A.M.

John Bryant
USMJ

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JASON LANG BELCHER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REED ELSEVIER, INC.; THE REED ) <br> ELSEVIER INC. WELFARE BENEFIT PLAN ) <br> A/K/A THE REED ELSEVIER CHOICE PLUS ) <br> PLAN; THE EMPLOYEE BENEFITS ) <br> COMMITTEE OF REED ELSEVIER, INC., ) <br> and UNITED HEALTHCARE SERVICE, LLC, ) <br> ) <br> Defendants. ) | Case Number: 3:14-1815 <br> Judge Haynes/Bryant |

## JOINT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

The parties, by and through counsel, represent to the Court that they have reached an agreement to settle the case, but need additional time to obtain all necessary signatures, to make any remaining revisions to the settlement documents, and to otherwise complete the terms of the settlement. This process has taken longer than originally thought, but the parties have been working in good faith to complete the settlement. Accordingly, the parties respectfully request that the case management conference currently scheduled for Tuesday, January 13, 2015, and all current deadlines for responsive pleadings, be continued indefinitely or to a date at least thirty (30) days in the future. The parties will file an appropriate document dismissing the case upon completion of the settlement.