IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE AT
NASHVILLE

| | |
|---|---|
| JASON LANG BELCHER,<br><br>    Plaintiff,<br><br>v.<br><br>REED ELSEVIER, INC.; THE REED ELSEVIER INC. WELFARE BENEFIT PLAN A/K/A THE REED ELSEVIER CHOICE PLUS PLAN; THE EMPLOYEE BENEFITS COMMITTEE OF REED ELSEVIER, INC., AND UNITED HEALTHCARE SERVICE, LLC,<br><br>    Defendants. | Case No. 3:14-cv-01815<br><br>Judge Haynes |

## NOTICE OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jason Lang Belcher, by and through his counsel, voluntarily dismisses this action WITH PREJUDICE against Defendants Reed Elsevier Inc. (incorrectly named as Reed Elsevier, Inc.), the Reed Elsevier Inc. Welfare Benefit Plan A/K/A the Reed Elsevier Choice Plus Plan, The Employee Benefits Committee of Reed Elsevier Inc. (incorrectly named as the Employee Benefits Committee of Reed Elsevier, Inc.), and UnitedHealthcare Service LLC (incorrectly named as United Healthcare Service LLC). Each Party is responsible for its own fees and costs.

Dated:    February 18, 2015
             Nashville, TN

                                              **LASSITER, TIDWELL & DAVIS, PLLC**

                                By:    /s/ John O. Belcher
                                          John O. Belcher (BPR #018335)
                                          150 Fourth Avenue North, Suite 1850
                                          Nashville, TN 37219-2408
                                          (615) 259-9344 (office)

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been delivered in the manner indicated below on this, the 18th day of February, 2015:

    Russell L. Hirschhorn, Esq.
    **PROSKAUER ROSE LLP**
    Eleven Times Square
    Eighth Avenue & 41st Street
    New York, NY 10036-8299
    *Counsel for the Reed Elsevier Defendants*
    **VIA THE COURT'S CM/ECF**

    M. Todd Mobley, Esq.
    **PROSKAUER ROSE, LLP**
    650 Poydras Street, Suite 1800
    New Orleans, LA 70130
    *Counsel for the Reed Elsevier Defendants*
    **VIA THE COURT'S CM/ECF**

    Keith D. Frazier
    **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
    SunTrust Plaza, Suite 1200
    401 Commerce Street
    Nashville, TN 37219-2446
    *Counsel for Reed Elsevier Defendants*
    **VIA THE COURT'S CM/ECF**

    Christopher J. Coxon, Esq.
    **UNITED HEALTHCARE**
    185 Asylum St. CT039-20A
    Hartford, CT 06106
    christopher_j_coxon@uhc.com
    *Counsel for United HealthCare, LLC*
    **VIA U.S. MAIL and EMAIL**

                                     s/ John O. Belcher
                                     John O. Belcher, Esq.