UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON LANG BELCHER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:14-1815 ) Senior Judge Haynes/Bryant ) |
| REED ELSEVIER, INC., *et al.*, | ) ) ) |
| Defendants. | ) |

## ORDER

The plaintiff has filed a Notice of Voluntary Dismissal (Docket Entry No. 29) in this matter. The initial case management conference set for February 23, 2015, at 11:00 a.m. is **CANCELED**. There is nothing further to be done in this matter by the undersigned. Therefore, the Clerk is directed to return the file to the District Judge for his consideration of the notice of voluntary dismissal.

It is so **ORDERED**.

_____
JOHN S. BRYANT
United States Magistrate Judge