IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JASON LANG BELCHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 3:14-cv-01815 |
| v. | ) Senior Judge Haynes |
| | ) |
| REED ELSEVIER, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon Plaintiff's notice of voluntary dismissal (Docket Entry No. 29), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED with prejudice.** Each party shall bear its own fees and costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 20 day of February, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge